UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK O. BREWSTER,
MARGARET BREWSTER,

        Plaintiffs,

            Case Number: 12-12185
v.            Honorable Thomas L. Ludington

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, RALI 2006-QS2;
PNC MORTGAGE,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION TO DISMISS

A hearing regarding Defendants' Motion to Dismiss was conducted on July 16, 2012 by United States Magistrate Judge Charles E. Binder. Judge Binder issued his report on August 7, 2012, recommending that this Court grant Defendants' motion to dismiss. ECF No. 15. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 15, is **ADOPTED**.

It is **ORDERED** that Defendants' motion to dismiss, ECF No. 5, is **GRANTED**.

It is further **ORDERED** that Plaintiffs' complaint, ECF No. 1, Ex. 1, is **DISMISSED** with prejudice.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: August 31, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 31, 2012.

s/Tracy A. Jacobs  
TRACY A. JACOBS